UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**
Kevin G. McDonald, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
kmcdonald@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for Ditech Financial LLC

Case No: 18-22631 ABA

Chapter: 7

Judge: Andrew B. Altenburg Jr.

In Re:
Michelle D. Berardi
            &
Thomas L. Berardi dba TOBO, LLC

                    Debtor

## NOTICE OF APPEARANCE

        Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of Ditech Financial LLC.  Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:

216 Haddon Avenue, Ste. 406
Westmont, NJ 08108

DOCUMENTS:

☒  All notices entered pursuant to Fed. R. Bankr. P. 2002.
☒  All documents and pleadings of any nature.

Date:08/30/2018                        **/s/ Kevin G. McDonald, Esquire**
                                       Kevin G. McDonald, Esquire
                                       Brian C. Nicholas, Esquire
                                       **KML Law Group, P.C.**
                                       216 Haddon Avenue, Ste. 406
                                       Westmont, NJ 08108
                                       (609) 250-0700 (NJ)
                                       (215) 627-1322 (PA)
                                       FAX: (609) 385-2214
                                       Attorney for Movant/Applicant

*new 8/1/15*