Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−22631−ABA
Chapter: 7
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas L. Berardi<br>dba TOBO, LLC<br>707 Linda Avenue<br>Blackwood, NJ 08012 | Michelle D. Berardi<br>707 Linda Avenue<br>Blackwood, NJ 08012 |

Social Security No.:
   xxx−xx−6383                                              xxx−xx−9708

Employer's Tax I.D. No.:

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Brian Thomas is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: April 9, 2019                    Andrew B. Altenburg Jr.
                                        Judge, United States Bankruptcy Court