**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Thomas L. Berardi** | Social Security number or ITIN | xxx–xx–6383 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Michelle D. Berardi** | Social Security number or ITIN | xxx–xx–9708 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court    District of New Jersey

Case number:    18–22631–ABA

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Thomas L. Berardi
dba TOBO, LLC

Michelle D. Berardi

4/9/19

**By the court:**    Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

---

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

---

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-22631-ABA
Thomas L. Berardi                                                               Chapter 7
Michelle D. Berardi
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Apr 09, 2019
                             Form ID: 318          Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
```
db/jdb       +Thomas L. Berardi,   Michelle D. Berardi,   707 Linda Avenue,   Blackwood, NJ 08012-2833
517606765    +Advocare Berlin Medical Associates,   175 Berlin-Cross Keys Road,   #300A,
              Berlin, NJ 08009-9263
517606767    +CCMUA,   1645 Ferry Avenue,   Camden, NJ 08104-1360
517606768    #+Charles A. Fiore,   Attorney for Pontano Paving, Inc.,   PO Box 525,
              Williamstown, NJ 08094-0525
517606770    +Financial Recoveries,   200 E. Park Dr. Ste 100,   Mount Laurel, NJ 08054-1297
517606773    +J. Eric Kishbaugh,   Udren Law Offices PC,   111 Woodcrest Rd, Ste 200,
              Cherry Hill, NJ 08003-3620
517672848     Janet Rogers,   13116 Great Cacapon Road,   Great Cacapon, WV 25422
517606774    +Joseph Hassab,   101 West Centennial Drive,   Medford, NJ 08055-8136
517606775     Kohl's,   PO Box 9283,   Milwaukee, WI 53201
517606776    +L VNV Funding LLC,   PO Box 10584,   Greenville, SC 29603-0584
517606777    +McCrink Kehler & McCrink,   Attorneys for J. Eric Kishbaugh,   475 Rte 73 North,
              West Berlin, NJ 08091-2003
517606778    +NJ Div Of Taxation-Bankruptcy Unit,   50 Barrack Street, 9th Floor,   PO Box 245,
              Trenton, NJ 08695-0245
517606779    +NJ Division of Medical Assistance,   and Health Services,   7 Quakerbridge Plaza #306,
              Trenton, NJ 08619-1241
517606780    +Pontano Paving, Inc.,   38 Edgewood Rd,   Sicklerville, NJ 08081-9379
517606764    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court: New Jersey Division of Taxation,
              Compliance & Enforcement-Bankruptcy Unit,   50 Barrack St., 9th Floor,   PO Box 245,
              Trenton, NJ 08695-0267)
517606782     Sandra Ferguson, Tax Collector,   Township of Gloucester,   1261 Chews Landing Road,
              Blackwood, NJ 08012
517606783    +TOBO, LLC,   707 Linda Ave.,   Blackwood, NJ 08012-2833
517606784    +TTLBL, LLV,   4747 Executive Drive, Ste 510,   San Diego, CA 92121-3100
517606785    +US Bank-Custodian for Actlien Holding,   2 Liberty Place,   50 South 16th St., Ste 1950,
              Philadelphia, PA 19102-2516
517606786    +Washington Township Dental Associates, P,   474 Hurffville Crosskeys Rd,
              Sewell, NJ 08080-2325
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: QBTHOMAS.COM Apr 10 2019 03:13:00     Brian Thomas,   Brian Thomas, Esq,
              327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 09 2019 23:42:53     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 09 2019 23:42:50     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517606766    +EDI: CAPITALONE.COM Apr 10 2019 03:13:00     Capital One,   PO Box 71083,
              Charlotte, NC 28272-1083
517606772    +EDI: IIC9.COM Apr 10 2019 03:13:00     IC Sytem, Inc.,   Agent for Advocare Berlin,
              PO Box 64378,   Saint Paul, MN 55164-0378
517606771    +EDI: IIC9.COM Apr 10 2019 03:13:00     IC Sytem, Inc.,   Agent for?,   PO Box 64378,
              Saint Paul, MN 55164-0378
517606763     EDI: IRS.COM Apr 10 2019 03:13:00     Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
517606781    +EDI: RESURGENT.COM Apr 10 2019 03:13:00     Resurgent Capital Servics, LP,
              Agent for Capital One,   PO Box 1269,   Greenville, SC 29602-1269
517608086    +EDI: RMSC.COM Apr 10 2019 03:13:00     Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
517606769     E-mail/Text: bankruptcy.bnc@ditech.com Apr 09 2019 23:42:28     ditech,   PO Box 6172,
              Rapid City, SD 57709-6172
                                                                          TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Brian Thomas,   Brian Thomas, Esq,   327 Central Avenue,   Suite 103,   Linwood, NJ 08221-2026
                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Apr 09, 2019
                             Form ID: 318          Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          Brian  Thomas    on behalf of Trustee Brian  Thomas brian@brianthomaslaw.com,
           bthomas@ecf.axosfs.com
          Brian  Thomas    brian@brianthomaslaw.com,  bthomas@ecf.axosfs.com
          Ira  Deiches    on behalf of Joint Debtor Michelle D. Berardi ideiches@deicheslaw.com
          Ira  Deiches    on behalf of Debtor Thomas L. Berardi ideiches@deicheslaw.com
          Kevin Gordon McDonald    on behalf of Creditor    DITECH FINANCIAL LLC kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6
```